UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COREY DESIMONI and JAMES
REITER, individually and on behalf of all
similarly situated

        Plaintiffs,

v.                                                                                    Case No:   2:15-cv-366-FtM-99CM

TBC CORPORATION,

        Defendant.
_____/

### ORDER[1]

This matter comes before the Court on United States Magistrate Judge Carol Mirando's Report and Recommendation filed on June 9, 2016. (Doc. #57).   After conducting an evidentiary hearing on the matter, Judge Mirando recommends granting Defendant's Motion to Compel Arbitration and Supporting Memorandum of Law (Doc. #19).   Defendant's filed a Notice of Non-Objection to Report and Recommendation (Doc. #59).   The plaintiffs do not object to the Report and Recommendation, and the time to do so has expired.   Thus, the Report and Recommendation is ripe for review.

---

[1] Disclaimer:   Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.   These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.   Likewise, the court has no agreements with any of these third parties or their Web sites.   The court accepts no responsibility for the availability or functionality of any hyperlink.   Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  See [28 U.S.C. § 636(b)(1)](); *see also* [*Williams v. Wainwright,* 681 F.2d 732, 732 (11th Cir. 1982)]().  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, [*Garvey v. Vaughn,* 993 F.2d 776, 779 n.9 (11th Cir. 1993)](), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, [28 U.S.C. § 636(b)(1)(C)](). The district judge reviews legal conclusions *de novo* even in the absence of an objection. See [*Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994)]().

After examining the file carefully and independently, and upon considering Judge Mirando's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation ([Doc. #57]()) is **ACCEPTED AND ADOPTED** and the findings incorporated herein.

2. Defendant's Motion to Compel Arbitration and Supporting Memorandum of Law ([Doc. #19]()) is **GRANTED**.

3. Plaintiff Corey Desimoni and opt-in Plaintiff Luis Rodriguez shall proceed to **arbitration**.  All claims by Plaintiff Corey Desimoni and opt-in Plaintiff Luis Rodriguez in this action are **STAYED** pending completion of **arbitration**.

4. The parties are directed to: (a) file a written status report (90 days from the date of this order) and every ninety (90) days thereafter advising the court as to the

status of **arbitration**; and (b) jointly notify the Court in writing within seven (7) days of the conclusion of the **arbitration** proceedings.

**DONE** and **ORDERED** in Fort Myers, Florida on this 7th day of July, 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record