UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COREY DESIMONI and JAMES
REITER, individually and on behalf of all
similarly situated

       Plaintiffs,

v.                                               Case No:   2:15-cv-366-FtM-99CM

TBC CORPORATION,

       Defendant.
_____/

**<u>ORDER</u>**[1]

This matter comes before the Court on review of the FLSA Scheduling Order (Doc. #69) entered on August 22, 2016, which superseded the Court's previous Case Management and Scheduling Order (Doc. #58).  Although the Court stayed this matter as to Plaintiff Corey Desimoni and opt-in Plaintiff Luis Rodriguez, the matter proceeds as to Plaintiff James Reiter and all other opt-in Plaintiffs (collectively "Plaintiffs").  The FLSA Scheduling Order requires Plaintiffs to file their answers to the Court's Interrogatories within 21 days of their filing of opt-in notices with the Court.  (Doc. #69 at ¶¶ 2-3).  This deadline has passed without compliance.  Furthermore, the parties are reminded that pursuant to paragraph 4 of the FLSA Scheduling Order, the parties must meet and confer

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

in person in a good faith effort to settle all pending issues, including attorneys' fees and costs by **October 27, 2016**.

As it appears the parties are unprepared to comply with the deadlines as currently set forth in the FLSA Scheduling Order, the Court will allow one additional week to comply with these deadlines.

Accordingly, it is now

**ORDERED:**

(1) The FLSA Scheduling Order (Doc. #69) is **AMENDED** as follows:

   a. By **November 1, 2016**, Plaintiffs shall answer the Court's Interrogatories under oath or penalty of perjury, serve a copy on Defendant, and file the answers with the Court entitled "Notice of Filing Answers to the Court's Interrogatories."

   b. By **November 8, 2016**, counsel for Plaintiffs and Defendant shall meet and confer in person in a good faith effort to settle all pending issues, including attorney's fees and costs.

(2) All other directives and deadlines as set forth in the FLSA Scheduling Order (Doc. #69) **REMAIN IN EFFECT**.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of October, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record